RECEIVED
DEC 1 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  1/5/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| EDDIE GREIG, et al. | CIVIL ACTION NO. 03-0417 |
| VS. | JUDGE DOHERTY |
| PAMELA CHAMPAGNE THIBODEAUX, et al. | MAGISTRATE JUDGE METHVIN |

### *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the motion to award costs and attorney's fees filed by defendants The City of St. Martinville, Mayor Eric Martin, and Pamela Champagne Thibodeaux is **DENIED**.

Lafayette, Louisiana this ____ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE