RECEIVED

MAY 2 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| EDDY GREIG, ET AL | CIVIL ACTION NO: 03-0417 |
| VERSUS | JUDGE DOHERTY |
| PAMELA CHAMPAGNE THIBODEAUX, ET AL | MAGISTRATE JUDGE METHVIN |

## ORDER

For the reasons set forth in the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that attorney Jermaine Williams pay $974.50 to the Clerk of Court and **MAY NOT file any further submissions** in this District **related to any matters for ninety (90) days subsequent to the date of his payment of the $974.50.**

THUS DONE AND SIGNED this ___ day of May, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE